UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JAVIER HERNANDEZ, § § | |
| Plaintiff, § § | |
| v. § | EP-17-CV-00007-FM |
| § | |
| UNION PACIFIC RAILROAD COMPANY § and ARVIN WEST, Individually and d/b/a § JAT CATTLE COMPANY, HOWARD § SHELLEY, Individually and d/b/a § SHELLEY FAMILY PARTNERSHIP, LP, § SKIDS INC., and LANCE A. ROSE, § § | |
| Defendants. § § | |

### ORDER DISMISSING CASE

On this day, the court considered the status of the above captioned cause. On July 13, 2018, this court entered its "Order to Show Cause"[1] as to why this case should not be dismissed for failure to prosecute.[2] Javier Hernandez ("Plaintiff") initiated this cause of action on January 9, 2017.[3] In "Plaintiff's Second Amended Original Complaint,"[4] Plaintiff asserts causes of action against Howard Shelley, individually and doing business as Shelley Family Partnership and SKIDS, Inc., and Lance A. Rose.[5] These are the only defendants remaining, as Union Pacific Railroad[6] and Arvin West, individually and d/b/a JAT Cattle Company[7] have been dismissed from this cause.

---

[1] ECF No. 96.

[2] *Id.* at 2.

[3] "Plaintiff's Original Complaint," ECF No. 1.

[4] ECF No. 22, filed Aug. 10, 2017.

[5] *Id.* at 5–6 ¶¶ 7–8.

[6] "Order Granting Joint Motion to Dismiss with Prejudice," ECF No. 95, entered June 28, 2018.

[7] "Order Granting Motion for Summary Judgment," ECF No. 91, entered June 13, 2018.

On July 30, 2018, Plaintiff filed "Plaintiff's Response to Order to Show Cause."[8] Therein, Plaintiff explains that he "does not wish to pursue action against Howard Shelley, Individually and d/b/a Shelley Family Partnership, LP, and Skids, Inc., or against Lance A. Rose.[9] As Plaintiff wishes to dismiss the only remaining defendants from his cause, the court will exercise its authority pursuant to Federal Rule of Civil Procedure 41(a)(2) in entering the following orders:

1. The court **DISMISSES** the above-captioned cause **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. All pending motions in this cause, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to close this case.

**SO ORDERED.**

**SIGNED** this **31st** day of **July, 2018.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

---

[8] ECF No. 97.

[9] *Id.* at 1.